UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>G. MITCHELL, et.al.,<br><br>        Defendants. | CV F- 05-1170 REC DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO AMEND MAILING ADDRESSES AND TO JOIN ACTIONS<br>[DOCS 8, 9] |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. sec. 1983. Plaintiff has sought leave of court to proceed in forma pauperis. Plaintiff originally filed this action on behalf of himself and five (5) other state prisoners. On October 12, 2005, the Court ordered that each plaintiff should proceed in their own separate action. Notwithstanding this order, on October 20, 2005, plaintiff filed a documents entitled "Motion to Amend the Mailing address of plaintiffs" in which he requests that the Court serve him with all orders in the other plaintiff's actions. On October 20, 2005, plaintiff also filed a motion to join the complaints. On November 8, 2005, plaintiff submitted amended complaints on behalf of John Westlake, Alfred McLeod and Alfonso Saise.

      Plaintiff, who is a non-lawyer, may not represent anyone but himself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States,

1  818 F.2d 696, 697 (9th Cir. 1987).  In addition, as the Court has already informed plaintiff, it has
2  been the Court's experience that an action brought by multiple plaintiff's proceeding pro se in which
3  one or more of the plaintiffs are incarcerated presents procedural problems that cause delay and
4  confusion.  Accordingly, plaintiff's motions must be denied.  The Clerk of the Court is directed to
5  return to plaintiff the amended complaints submitted on behalf of Westlake, McLeod and Saise.
6       IT IS SO ORDERED.
7       **Dated:    November 14, 2005**            **/s/ Dennis L. Beck**
   3b142a                                      UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California                          2