1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER M. JONES,       )       1:05-CV-1170 REC DLB P
                                )

12       Plaintiff,              )       ORDER GRANTING EXTENSION OF
                                )       TIME

13       v.                     )       (DOCUMENT #7)
                                )

14   CALIFORNIA DEPARTMENT OF     )
    CORRECTIONS, et al.,          )

15                                  )
       Defendants.            )

16 _____ )

17       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On

18 October 20, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause

19 having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20 ORDERED that:

21       Plaintiff is granted thirty days from the date of service of this order in which to file an amended

22 complaint.

23       IT IS SO ORDERED.

24     **Dated:**    **November 16, 2005**             **/s/ Dennis L. Beck**
    3c0hj8                            UNITED STATES MAGISTRATE JUDGE

25
26
27
28

Dockets.Justia.com