UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER M. JONES, | ) | 1:05-CV-1170 REC DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #7) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 16, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE